UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

JOSE LOPEZ LOPEZ,

Petitioner,

v.                                                    CAUSE NO. 4:26-CV-32-PPS-AZ

BRIAN ENGLISH, et al.,

Respondents.

ORDER

A habeas corpus petition was filed in the Fort Wayne Division on behalf of Jose

Lopez Lopez, an immigration detainee at the Miami Correctional Facility. ECF 1.

Because the Miami Correctional Facility is in the South Bend Division, this case may not

be litigated in the Fort Wayne Division. *See* N.D. Ind. L.R. 3-1(a). When "the court

determines a case is filed in a division without proper venue, the court may, pursuant

to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case

by issuing an order directing the clerk to reopen the case in a proper division." L.R. 3-

1(b).

For these reasons, the clerk is DIRECTED to close this case, open a new case with

these filings in the South Bend Division, and to randomly assign judges under General

Order 2025-15.

SO ORDERED on this 30th day of April 2026.

s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT